UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOEL FRANZ, SR. ET AL

VERSUS

WAL-MART STORES, INC. ET AL

CIVIL ACTION

NO. 10-226-BAJ-CN

## RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated December 6, 2010 to which no objection has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, this matter shall be **REMANDED** to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, for further proceedings.

Baton Rouge, Louisiana, January 11, 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA